JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Facsimile: (702) 921-2461
Email: joshua.sliker@jacksonlewis.com

AARON S. MARKEL, ESQ.
*Admitted Pro Hac Vice*
**JONES DAY**
150 West Jefferson Avenue, Suite 2100
Detroit, Michigan 48226
Telephone: (313) 230-7929
Facsimile: (202) 626-1700
Email: amarkel@jonesday.com

KOREE B. WOOLEY, ESQ.
*Admitted Pro Hac Vice*
**JONES DAY**
4655 Executive Drive, Suite 1500
San Diego, California 92121
Telephone: (858) 314-1191
Facsimile: (844)345.-178
Email: kbwooley@jonesday.com

*Attorneys for Plaintiff*
*Allegiant Air, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALLEGIANT AIR, LLC,<br><br>Plaintiff,<br>v.<br><br>INTERNATIONAL BROTHERHOOD OF TEAMSTERS, AIRLINE DIVISION; and ALLEGIANT PILOTS ASSOCIATION, LOCAL UNION NO. 2118,<br><br>Defendants. | Case No. 2:25-cv-00863-APG-NJK<br><br>**JOINT STIPULATION AND ORDER** |

Plaintiff Allegiant Air, LLC ("Allegiant") and Defendants International Brotherhood of Teamsters, Airline Division ("IBT") and IBT Local 2118 (with IBT, the "Union") (collectively, "Defendants"), following a conference with the Court, hereby stipulate as follows:

- 1 -

1. The Court will commence an evidentiary hearing on Plaintiff's Motion for a Temporary Restraining Order or Preliminary injunction (ECF No. 3) ("Motion") on May 20, 2025, at 2:00 p.m.

2. Plaintiff's reply in support of its Motion, if any, shall be due by May 20, 2025, not later than 12:00 p.m.

3. All parties will maintain the status quo with respect to the GOM rule at issue in the Motion until the later of 5:00 p.m. on May 20, 2025, or the close of the evidentiary hearing, but in any event, no longer than 5:00 p.m. on Wednesday, May 21, 2025.

DATED this 19th day of May, 2025.

| | |
|---|---|
| JACKSON LEWIS P.C. | REESE RING VELTO, PLLC |
| */s/ Joshua A. Sliker*_____<br>JOSHUA A. SLIKER, ESQ.<br>Nevada Bar No. 12493<br>300 S. Fourth Street, Ste. 900<br>Las Vegas, Nevada 89101 | */s/ Nathan R. Ring*_____<br>NATHAN R. RING, ESQ.<br>Nevada Bar No. 12078<br>ALEX VELTO, ESQ.<br>Nevada Bar No. 14961<br>3100 W. Charleston Blvd., Ste 208<br>Las Vegas, Nevada 89102 |
| AARON S. MARKEL, ESQ.<br>*Admitted Pro Hac Vice*<br>JONES DAY<br>150 West Jefferson Avenue, Ste. 2100<br>Detroit, Michigan 48226 | *Attorneys for Defendants* |
| *Attorneys for Plaintiff* | |

**ORDER**

IT IS SO ORDERED.

_____
Andrew P. Gordon
Chief United States District Judge

Date: May 20, 2025